# SEMMES, BOWEN & SEMMES
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TELEPHONE 410-539-5040

FACSIMILE 410-539-5223

WWW.SEMMES.COM

William J. Jackson
Direct Dial: 410-576-4948
Email: tmccarron@mail.semmes.com

OFFICES IN
WASHINGTON, D.C.
TOWSON, MARYLAND
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
MCLEAN, VIRGINIA

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG -3  P 2:59
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

August 2, 2000

**HAND DELIVERY**

The Honorable Benson Everett Legg
United States District Judge
U.S. District Court for the
  District of Maryland
101 W. Lombard Street, Room 340
Baltimore, Maryland 21201

    RE:   *Johnson v. Lechters Baltimore, Inc.*
            Civil Action No. L-00-1714

Dear Judge Legg:

I write pursuant to the Court's Scheduling Order to provide the number of deposition hours requested by each side. Defendant respectfully requests twenty (20) hours of deposition time.

Thank you very much for your kind consideration of this request.

Very truly yours,

William J. Jackson

cc:   Eric Steele, Esquire

(B0140255.WPD;1)

*[Handwritten note:] I will give the defendant 5 hours. Defendant is required to exhaust this allocation before asking for more time. B Legg 8/3/00*