**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

———————————————————— )
DAVID JOHNSON,                              )
                                            )
                     Plaintiff,             )
                                            )      **Civil Action No.**
          -against-                         )      **L-00-CV1714**
                                            )
LECHTER'S BALTIMORE, INC.,                  )
                                            )       SEP 1  2000
                     Defendant.             )
———————————————————— )

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Through her undersigned counsel, plaintiff David Johnson moves to amend his complaint to drop his claims under Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a., and the Montgomery County Human Relations Act, Md. Code Art. 49B, § 5(d)(1)(iii).[1]

Respectfully submitted,

Eric Steele
Janice Davis
Davis & Steele
1100 Fifteenth Street, N.W.
Washington, DC 20005
202-530-5828

Counsel for the Plaintiff

Dated:  July 18, 2000

*The clerk is directed to accept this motion and the proposed amended complaint for filing. Defendant shall respond to the motion within the normal time limits. If defendant does not oppose the filing*

[1]     Plaintiff's counsel endeavored to reach defendant's counsel to seek the defendant's consent to this motion. To date, however, defendant's counsel has not returned his telephone call.

*of the amended complaint, a letter to that effect is sufficient.*
*B. Legg*
*C-108*
*9/1/00*