UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 4, 2000

MEMORANDUM TO COUNSEL RE:   David Johnson v.
Lechter's Baltimore, Inc.
Civil #L-00-1714

Dear Counsel:

I am in receipt of Mr. Jackson's letter of November 21st advising that (i) all discovery disputes have been resolved, and (ii) defendant knows of no additional eyewitnesses. Accordingly, I will dismiss plaintiff's motion to compel as moot.

As set forth in footnote 3, Mr. Steele is requesting an extension until next April for the filing of dispositive motions. This seems like a long time given that (i) the complaint focuses on the events of a single day, and (ii) there appears no need for expert testimony on either side.

I am inclined to grant an extension of the discovery deadline to February 1, 2001, and motions or a joint status report due by March 1, 2000. If you need more time, please write a detailed letter of justification.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file