UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of                                    February 20, 2001                           101 West Lombard Street
**BENSON EVERETT LEGG**                                                                    Baltimore, Maryland  21201
United States District Judge                                                               (410) 962-0723

MEMORANDUM TO COUNSEL RE:        David Johnson v.
                                 Lechter's Baltimore, Inc.
                                 Civil #L-00-1714

Dear Counsel:

I have reviewed plaintiff's motion for leave to file his second amended complaint and the opposition thereto.  The motion is hereby GRANTED.

Except for the negligent hiring claim, the second amended complaint adds no new facts; it simply groups Mr. Johnson's existing factual averments into additional causes of action under federal and state law.  Accordingly, little added discovery is necessary.

I will extend the discovery deadline/submission of status report until April 2, 2001.

Before March 15, 2001, plaintiff may (but is not required) to take a corporate designee deposition of Lechter's into its hiring and training practices, both in general and specifically with respect to Mr. Halsband.

By March 21, 2001, plaintiff is required to supplement his answers to interrogatories by stating all facts upon which he will base his negligent hiring/retention claim.  By the same date, plaintiff will produce all documents supporting his claim.  If Lechter's wishes to do so, it may take a supplemental deposition of plaintiff between March 21st and April 1st.

At any time during the month of March, Lechter's and the plaintiff may take depositions regarding Mr. Halsband's prior employment.

The motion deadline is extended until April 15, 2001.  There appears to be a conflict between *Demby* and *Williams*.  If motions are filed, this conflict should be addressed.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:       Court file