UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
LODGED

JUN 1 2 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DAVID JOHNSON,

       Plaintiff,

-against-

LECHTER'S BALTIMORE, INC.,

       Defendant.

Civil Action No.
L-00-CV1714

### ORDER

In consideration of the plaintiff's Motion to Reopen the Action and to Delay Entry of the Dismissal with Prejudice Order, and the entire record herein, the Court being satisfied that plaintiff's Motion is meritorious, it is this 11TH day of June 2001:

    **ORDERED** that the plaintiff's Motion is hereby **GRANTED**;

    **ORDERED** that the case is hereby reopened;

    **ORDERED** that, if the parties indeed reach a negotiated resolution, they shall file a joint motion to dismiss with prejudice within fifteen (15) days of the issuance of this Order; and

    **FURTHER ORDERED** that, if the parties do not reach a negotiated resolution and file a motion to dismiss with prejudice within fifteen (15) days of the issuance of this Order, the Court will reinstate this matter back on track for further pretrial scheduling.

_____
UNITED STATES DISTRICT COURT JUDGE