IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID JOHNSON                          :

    Plaintiff                          :

v.                                     :     Civil #L-00-1714

LECHTERS BALTIMORE, INC.               :

    Defendant                          :

<u>O R D E R</u>

This Court has been advised that the defendant Lechters Baltimore, Inc., has filed for bankruptcy. Accordingly, it is this 27 day of June, 2001, by the United States District Court for the District of Maryland ORDERED that:

This action is hereby ADMINISTRATIVELY CLOSED. Any party may move to reopen this action for good cause shown.

IT IS FURTHER ORDERED that the Clerk of Court shall mail or transmit copies of this Order to counsel of record.

_____
Benson Everett Legg
United States District Judge

JUN 27

