IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
2001 SEP 17 P 12: 49
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

| | |
|---|---|
| DAVID JOHNSON | * |
| Plaintiff | * |
| v. | * Civil No.: L-00-CV-1714 |
| | * |
| LECHTERS BALTIMORE, INC. | * |
| Defendant | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY AND WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Cynthia L. Maskol and the firm of Semmes, Bowen & Semmes, and enter the appearance of William J. Jackson and the firm of Moore & Jackson, LLC on behalf of Defendant Lechters Baltimore, Inc.

_____
Cynthia L. Maskol
Semmes, Bowen & Semmes
250 West Pratt Street
Baltimore, Maryland 21201

_____
William J. Jackson
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Baltimore, Maryland 21204
(410) 583-5241
(410) 583-7519 (facsimile)

Attorneys for Defendant
Lechters Baltimore, Inc.

/17TH/
APPROVED THIS _____ DAY OF Sept. 2001
_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of September, 2001, a copy of the Entry/Withdrawal of Appearance was mailed, postage prepaid, to:

Eric Steele, Esquire
Davis & Steele
1100 15th Street, NW
Washington, D.C. 20005

_____
William J. Jackson