IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID JOHNSON | * | |
| Plaintiff | * | |
| v. | * | Civil No.: L 00-CV-1714 |
| | * | |
| LECHTERS BALTIMORE, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Clerk:

The parties stipulate that all claims are dismissed with prejudice.

_____
Eric Steele
Davis & Steele
1100 15th Street, N.W.
Washington, D.C. 20004

Attorneys for Plaintiff

_____
William J. Jackson
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Baltimore, Maryland 21204
(410) 583-5241

Attorneys for Defendant

APPROVED THIS 15TH DAY OF April, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

# MOORE & JACKSON, LLC

### ATTORNEYS AT LAW

305 WASHINGTON AVENUE
SUITE 401
BALTIMORE, MARYLAND 21204

TELEPHONE 410-583-5241

FACSIMILE 410-583-7519

WWW.MOOREJACKSON.COM

**William J. Jackson**
Direct Dial: 410-583-2207 ext. 112
Email: jackson@moorejackson.com

Daniel J. Moore
William J. Jackson
Kevin M. Soper
Scott D. Goetsch
Joel D. Newport
Margaret Fonshell Ward



April 12, 2002

Clerk
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

**Re:   David Johnson v. Lechters Baltimore, Inc.**
**Civil No.:   L-00-CV-1714**

Dear Sir/Madam:

Due to bankruptcy proceedings involve the defendant, this case was administratively closed some time ago.

We are now in a position to submit the enclosed Stipulation of Dismissal with Prejudice. I would appreciate your processing this filing, and closing out the case file absolutely.

Thank you.

Yours very truly,

William J. Jackson

WJJ:vmb
Enclosure

cc:   Eric Steele, Esquire